244 F.2d 21
 100 U.S.App.D.C. 257
 James J. MORONEY, Appellant,
v.
N. R. ABRAMS, Assistant Postmaster General, et al., Appellees.
 No. 13558.
 United States Court of Appeals District of Columbia Circuit.
 Argued April 29, 1957.
Decided May 9, 1957.
 
 Mr. Carl L. Shipley, Washington, D.C., and Mr. Samuel Resnicoff, New York City, of the bar of the Court of Appeals of New York, pro hac vice, by special leave of Court, for appellant.
 Mr. Howard E. Shapiro, Atty., Dept., of Justice, for appellees. Asst. Atty. Gen. George C. Doub, Messrs. Oliver Gasch, U.S. Atty., Samuel D. Slade and Alan S. Rosenthal, Attys., Dept. of Justice, were on the brief for appellees.
 Before EDGERTON, Chief Judge, and PRETTYMAN and WILBUR K. MILLER, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment of the District Court is affirmed. Saggau v. Young, 100 U.S.App.D.C. 3, 240 F.2d 865; Hargett v. Summerfield, 100 U.S.App.D.C. 85, 243 F.2d 29 affirming D.C., 137 F.Supp. 876; Williams v. Cravens, 93 U.S.App.D.C. 380, 210 F.2d 874.
 
 
 2
 Affirmed.